IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE:<br><br>PEÑA VELAZQUEZ, DANIEL ENRIQUE<br><br><br>DEBTOR(S) | CASE NO: 10-01521<br>JUDGE: SEK<br><br><br><br>(CHAPTER 7) |
|---|---|

## TRUSTEE'S REPORT AFTER MEETING OF CREDITORS

Trustee certifies after notice and hearing that the debtor(s) was present and testified under oath at the Meeting of Creditors held on 03/31/10. All proper schedules and statements have been filed unless otherwise noted. No adverse interest having been presented, the Trustee recommends the following:

**Claims docket necessary at this time.** ☐ Yes ☐ No   **Tape No.** ─   **Side**
**Exemption as claimed in Schedule C allowed.** ☐ Yes ☐ No   **From**
**Creditor(s) Present** ☒ Yes ☐ No

_(signatures)_

**Attorney's Information**
Present with Debtor(s) was
☐ Attorney of Record
☐ Other:
☐ Pro-Se - See Certificate

**Debtor to amend within ___ days the following:**
☐ A, ☐ B, ☐ C, ☐ D, ☐ E, ☒ I & J, ☐ Other
☐ § 521 Statement of Intent and provided notice pursuant to Bankruptcy Rules.

**Debtor to turn over to Trustee within days:**
☐ Documents on Real Property          ☐ Documents on Vehicle
  ☐ Appraisal ☐ Title Search ☐ Mortgage Balance      ☐ Evidence of Value ☐ Loan Pay-Off ☐
  Registration

_Report U.S. Trustee Dis applicable a pov. — , Parents_
_recive Social Security card / law_

**Trustee further request that:**
☐ Case be closed as no-asset as of the date of §341 (a) meeting.   ☐ Upon receipt of documents
☐ Case be held open for potential asset recovery. 341 closed.
☐ Case be RESET the §341 (a) Meeting
  ☐ On the    day of    , 2010 , at
  ☐ On new notice to be issued by the Counsel for the Debtor(s) for the reason that:
    ☐ Debtor(s) failed to appear.
    ☐ Attorney for Debtor(s) failed to appear.
    ☐ Further testimony or material is needed.

☐ Trustee recommends summary dismissal pursuant to BLR 1017 for the following reason(s):
☐ Failure to provide complete: ☐ Schedules, ☐ Statement of Affairs, ☐ Mailing Lists,
☐ Description of estate assets.
☐ Failure of ☐ Debtor(s) ☐ Counsel to appear at:
    ☐ initial, ☐ subsequent creditor meeting.

Dated: 03/31/10

/S/ Wilfredo Segarra Miranda
WILFREDO SEGARRA MIRANDA
TRUSTEE